JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO T. RAMIREZ, et al., | Case No. CV 14-6166 FMO (JEMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of September, 2014.

/s/
Fernando M. Olguin
United States District Judge